

FILED
CLERK U.S. DISTRICT COURT
JUL 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>     Plaintiff, <br><br>  vs. <br><br> Kenneth Epps <br><br>     Defendant. | Case No. CR 97-579 PA <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _absence of sureties; absence of background information_

|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 | and/or |
| 5 | B. (X) The defendant has not met his/her burden of establishing by |
| 6 | clear and convincing evidence that he/she is not likely to pose |
| 7 | a danger to the safety of any other person or the community if |
| 8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based |
| 9 | on: Prior criminal history of violence; nature of alleged |
| 10 | violation |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: July 28, 2008

_____
UNITES STATES MAGISTRATE JUDGE